

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

Clinton Green Sr.

       Plaintiff,

Vs.                                       Case No. 3:13-CV-1206-J-32-JBT

Daniel I. Werfel I.R.S. Chief Executive

       Defendant(s)

---

### Suite to require Specific Performance

This affiant requests the court orders the INTERNAL REVENUE SERVICE Executives perform those items contained in the commercial affidavit they received July 31, 2013 and notice of default received September 16, 2013 both by U.S. mail. A copy of the defaulted affidavit sent to Commissioner Werfel is enclosed for your review.

This affiant request the court require of the IRS perform the following:

1. Reimburse all money taken from me as income tax with interest paid in the manner used by the IRS for delinquent tax payers.
2. Remove all liens and negative credit reporting in my name which were caused by the IRS
3. Require IRS return to me all money taken from my social security administration account which was ordered by them
4. Issue an order allowing me to placed a lien and order of closure on IRS owned properties up to a sum of six billion dollars, without this the IRS will continue to ignore this affiant's requests

5. I request the order stipulate that if it is necessary to close any facilities, they are to remain closed until all the points in the affidavit have been addressed
6. I request the court order say that it may be presented to any IRS office (Notice to principal is notice to agent, notice to agent is notice to principal)
7. Because they were unable to validate that I am a taxpayer, I request the court instruct the IRS issue an official document identifying me as a non-taxpaying/tax exempt individual

(Signature)

Clinton Green Sr.

8117 Colonnade Court West

Jacksonville, Florida 32244

Home 904-677-2040 Cell 428-9400
(Cellular preferred for immediate Contact)

2